# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

134087

DIMMITT & OWENS FINANCIAL, INC.,
and JMM NOTEHOLDER REPRESENTATIVE,
L.L.C.,
        Plaintiffs-Appellants,

v

DELOITTE & TOUCHE (ISC), L.L.C.,
DELOITTE SERVICES LIMITED
PARTNERSHIP, a/k/a DELOITTE &
TOUCHE, L.L.P., and PHILIP JENNINGS,
        Defendants-Appellees,

and

JANE DOE and JOHN DOE,
        Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134087
COA: 262381
Wayne CC: 04-434094-NM

On order of the Court, the application for leave to appeal the March 1, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address: (1) assuming that the defendants breached their contract with the plaintiffs to review the plaintiffs' financial statements, what "original injury" did the plaintiffs suffer as a result of that breach, under MCL 600.1629(1), and where did the plaintiffs suffer that injury; and (2) whether the record below is sufficiently developed to make such a determination. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

The Michigan Association of Justice and the Michigan Defense Trial Counsel, Inc. are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

_____
Clerk

s0926